IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AURORA LOAN SERVICES, LLC, | NO. 5:11-cv-04033 EJD |
| Plaintiff(s), <br> v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| LETICIA CASIA MANALO, et. al., <br> Defendant(s). | [Docket Item No. 4] |

No objections having been received within the time allowed by Federal Rule of Civil Procedure 72(b), the court hereby **ADOPTS** the Report and Recommendation issued by Magistrate Judge Howard R. Lloyd on August 22, 2011.

This Order terminates Docket Item No 4.

For the reasons set forth in the Report and Recommendation, the Clerk of the Court shall remand this action to the Superior Court of California, County of Santa Clara, and thereafter close this file.

**IT IS SO ORDERED.**

Dated: September 13, 2011

EDWARD J. DAVILA
United States District Judge